No. 3607. — ROCCA, apdo., *v.* JUNTA INSULAR DE ELECCIONES, aplte.—C. D. San Juan, Disto. 1º.   Julio 30, 1925.   *Mandamus*.   Resuelto por los fundamentos del caso No. 3606 de *Matta* v. *Junta de Elecciones*, de julio 30, 1925 (pág. 636), confirmándose la sentencia apelada.